FAX or Internet

UNITED STATES DISTRICT COURT

for the

District of Arizona

In the Matter of the Search of          )
                                        )
**1617 N. Camino Del Sol,**             )
**Chino Valley, Arizona 86323**         )    Case No.  26-04115MB
                                        )
                                        )
                                        )

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer.

An electronic application by a federal law enforcement officer for the government requests the search of the following person or property located in the _____ District of   Arizona. _____
*(identify the person or describe the property to be searched and give its location)*:   **See Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:  **See Attachment B.**

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before
                                                                April 28, 2026
                                                              *(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.      [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
  **Any Magistrate Judge in the District of Arizona**   .
                      *(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* [ ] for _____ days *(not to exceed 30).*
[ ] until, the facts justifying, the later specific date of _____ .

Date and Time Issued: _____          *Camille D. Bibles*  Digitally signed by Camille D. Bibles
                                                Date: 2026.04.14 18:22:18 -07'00'
                                                *Judge's Signature*

City and State:   Flagstaff, Arizona          Camille D. Bibles, United States Magistrate Judge

| **Return** | | |
|---|---|---|
| Case No.:<br><br>26-04115 MB | Date and time warrant executed:<br><br>4/17/26  8:00 AM | Copy of warrant and inventory left with:<br><br>Crystal Allen |

| Inventory made in the presence of : |
|---|
| Postal Inspectors John Springer and Jeff Agster |

| Inventory of the property taken and name of any person(s) seized: |
|---|
| leopard-print box containing Apple Air Tag<br>miscellaneous documents bearing others' names and addresses<br>notebook with indicia belonging to Crystal Allen<br>insurance card in another's name<br>U.S. passport in another's name<br>rifled USPS parcel in another's name and address<br>miscellaneous U.S. mail in others' names and addresses<br>brown box containing Apple Air Tag |

| **Certification** |
|---|
|      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date:  5/14/26<br><br>                                       *Executing Officer's Signature*<br><br>                     Postal Inspector Linsey Betts<br>                                       *Printed Name and Title* |

## ATTACHMENT A – PLACE/THINGS TO BE SEARCHED

**Address: A residence/house located at 1617 N. Camino Del Sol, Chino Valley, Arizona 86323 in the District of Arizona (the "Target Residence").**

**Location/Premises:** The Target Residence is located in Chino Valley, Arizona, which is in Yavapai County and in the District of Arizona.

**Description:** The Target Residence is a one-story home constructed of tan-colored bricks with a brown roof. The Target Residence has an attached, multi-car garage with a white garage door.  The numbers "1617" are attached to the garage on the right side of the garage door.

The place/things to be searched will include the Target Residence (i.e., house and attached garage) including the yard and any areas within the curtilage, any motor vehicles parked at the premises and within the curtilage/yard/driveway belonging and/or registered to CRYSTAL LYNN ALLEN (including a white Honda Fit with Arizona plate 32A3EB).

It is believed that there is at least one person living at the Target Residence, CRYSTAL LYNN ALLEN.  She is described as a Caucasian adult female with brown hair and blue eyes.  (See photographs depicted below.)



1

**Photographs of the Target Residence and the Honda Fit:**









## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

The "Target Residence" (as described in Attachment A) will be searched for evidence concerning/relating to violations of for instrumentalities, fruits, and evidence of the following violations: 18 U.S.C. § 1701, obstruction of mail; and 18 U.S.C. § 1708, theft or receipt of stolen mail matter generally, including specifically the following things:

1. Any U.S. Mail not addressed to CRYSTAL LYNN ALLEN ("ALLEN") and/or to the extent applicable any occupant(s) of the Target Residence, including first class mail, bulk mail, and parcels/packages.

2. Any items associated with D.M.'s missing parcels, including mail addressed to D.M., packages addressed to D.M., items known to have been in D.M.'s parcels, any medication in D.M.'s name (i.e., loperamide, gabapentin, and famotidine), and D.M.'s Apple AirTags.

3. Any checks/money orders/gift cards/greeting cards or other items not associated with ALLEN and/or to the extent applicable any occupant(s) of the Target Residence.

4. Any prescription medication that does not belong to ALLEN and/or to the extent applicable any occupant(s) of the Target Residence.

5. Indicia of occupancy, ownership, and/or use of the Target Residence and/or the vehicle(s) associated with ALLEN that are located at the premises and/or in the vehicle(s) during the execution of the search warrant, including such things as: mail (*e.g.*, bills) showing a person's name and/or address (i.e., not the stolen mail); lease or rental documents; identification cards; vehicle title, registration, and insurance documents; and anything with ALLEN's name, address, and/or likeness (photographs) on it.

1